# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA    )
                           )
Plaintiff,                  )
                           )
    v.               )    Case No. 19-00353-CR-W-HFS
COLBY R. SRITE         )
                           )
                           )
                           )
Defendant.           )

**ORDER**

At a Change of Plea Hearing held on September 17, 2020, before Magistrate Judge Jill A. Morris, defendant entered a guilty plea to the offense charged in the Indictment.

In a Report and Recommendation dated September 17, 2020 (Doc. 27), Judge Morris determined that the guilty plea was knowledgeable and voluntary and that the offense was supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 27) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated:  October 8, 2020
Kansas City, Missouri